# DECISIONES PER CURIAM

## DE ENERO 12 A DICIEMBRE 23, 1920.

---

EX PARTE SALDAÑA, PROMOVENTE, *v.* WAYMOUTH, OPOSITOR Y APELANTE.—San Juan, Sección Primera. Consignación de dinero. Enero 12, 1920. *Desistida la apelación.*

No. 2170. FORÉS, DEMANDADO Y APELANTE, *v.* BALSAC, DEMANDADO Y APELADO.—Mayagüez. Indemnización. Enero 16, 1920. *Con lugar la moción del demandado y desestimada la apelación.*

No. 271. GUTIÉRREZ, PETICIONARIA, *v.* HON. P. BERGA, JUEZ SUBSTITUTO, Y HON. J. TEXIDOR, JUEZ DE LA CORTE DE DISTRITO, DEMANDADOS.—San Juan, Sección .Primera. *Certiorari.* Enero 16, 1920. *Sin lugar.*

No. 21. MARTÍNEZ, PROMOVENTE, *v.* ACOSTA, FISCAL DE LA CORTE DE DISTRITO, Y MÉNDEZ, DEMANDADO,—Aguadilla. Auto inhibitorio. Enero 16, 1920. *Sin lugar.*

No. 1449. EL PUEBLO, DEMANDANTE Y APELADO, *v.* ORTIZ (*a*) CUBANO.—San Juan, Sección Segunda. Infracción de la Ley de Automóviles. Enero 19, 1920. *Revocada la sentencia apelada.*

No. 272. GANDÍA, PETICIONARIO, *v.* HON. J. M. ROSSY, JUEZ DE LA CORTE DE DISTRITO, DEMANDADO.—San Juan, Sección Segunda. *Certiorari.* Enero 20, 1920. *Desistido.*

No. 26. GANDÍA, DEMANDANTE Y APELANTE, *v.* TRIAS Y STUBBE, DEMANDADOS Y APELADOS.—San Juan, Sección Segunda. Aprobación de transcripción de autos. Enero 20, 1920. *Desistido el recurso que de acuerdo con la regla 64 del Reglamento se interpuso, debiendo el Secretario desglosar y entregar al recurrente las transcripciones, certificaciones, etc., que acompañó.*

No. 1475. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PANIAGUA, ACUSADO Y APELANTE.—San Juan, Sección Segunda.